**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Virginia MILLER, Defendant-Appellant.**

**No. 16-16476**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(July 18, 2017)

Germaine Seider, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL,

Nicole M. Andrejko, Karen L. Gable, Nathan W. Hill, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Maria Guzman, Rosemary Cakmis, Rosemary Cakmis, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before MARCUS, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Virginia Miller, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Miller's convictions and sentence are **AFFIRMED**.